**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1639**

DIANNE G. NICKLES,

       Plaintiff - Appellant,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

       Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  L. Patrick Auld, Magistrate Judge.  (1:17-cv-01027-LPA)

Submitted:  April 22, 2020                    Decided:  June 4, 2020

Before MOTZ and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dianne G. Nickles, Appellant Pro Se.  James Scott Lewis, BUTLER SNOW LLP, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dianne G. Nickles appeals the magistrate judge's orders denying relief on Nickles' claims against State Farm Mutual Automobile Insurance Company for negligence and breach of contract.* We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the magistrate judge. *Nickles v. State Farm Mut. Auto. Ins. Co.*, No. 1:17-cv-01027-LPA (M.D.N.C. Aug. 31, 2018 & May 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2018).